In re **Teresa A. Mills**, Case No. **03-31175**
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> 1/2 Interest-19817 Friendship Lane, Boonsboro, MD 21713 | 11 USC § 522(b)(2)(B) However, this property is not exempt under Maryland Law from the claim of Citifinancial. | 25,900.00 | 142,900.00 |
| **Cash on Hand** <br> Cash on hand | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Home Federal Acct. #048135879 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 100.00 | 100.00 |
| Home Federal Acct. #028402706 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** <br> Bedroom suite | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 250.00 | 250.00 |
| Livingroom: couch, loveseat, chair | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 230.00 | 230.00 |
| Kitchen: table/chairs, dishes, pots | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 20.00 | 80.00 |
| | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 60.00 | |
| Microwave, stove, refrigerator | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 230.00 | 230.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Pictures, knickknacks, books, placques | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 130.00 | 130.00 |
| **Wearing Apparel** <br> Women's clothing | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 300.00 | 300.00 |
| **Furs and Jewelry** <br> Engagement/wedding ring | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 70.00 | 70.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
### District of Maryland

In re  **Teresa A. Mills**                                                                 Case No.  **03-31175**
                              Debtor(s)                                                    Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 17, 2004**              Signature  **/s/ Teresa A. Mills**
                                                    **Teresa A. Mills**
                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.